IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00243-GPG

JESSE LYNCH,

    Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

ORDER OF DISMISSAL

    Applicant, Jesse Lynch, is a prisoner in the custody of the Colorado Department of Corrections.  On March 3, 2015, the Court denied Mr. Lynch leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and ordered him to pay the $5.00 filing fee for a habeas corpus action.  Mr. Lynch was warned that the action would be dismissed without further notice if he failed to pay the $5.00 filing fee within thirty days.

    Mr. Lynch has failed to pay the filing fee within the time allowed and he has failed to respond in any way to the Court's March 3 order.  Therefore, the action will be dismissed without prejudice for failure to pay the filing fee.

    Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Applicant files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States

Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Lynch failed to prosecute and pay the filing fee as directed.  It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  8th  day of    April    , 2015.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court