IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00243-LTB

JESSE LYNCH,

    Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

ORDER GRANTING MOTION TO REOPEN CASE

    This matter is before the Court on the Motion to Reverse Dismissal and Reopen Case (ECF No. 10) filed April 24, 2015, by Applicant, Jesse Lynch.  On March 3, 2015, the Court denied Mr. Lynch leave to proceed *in form pauperis* pursuant to 28 U.S.C. § 1915 and ordered him to pay the $5.00 filing fee for this habeas corpus action within thirty days.  On April 8, 2015, the Court entered an order dismissing this action because Mr. Lynch had not paid the filing fee within the time allowed.

    Mr. Lynch alleges in the motion to reopen that an individual named Kathy Fox paid the $5.00 filing fee for this action before the action was dismissed.  That payment, which was not docketed when the payment was made on March 12, 2015, now has been entered on the docket.  (*See* ECF No. 11.)  Therefore, the motion to reopen the case will be granted.  Accordingly, it is

    ORDERED that the Motion to Reverse Dismissal and Reopen Case (ECF No. 10) is GRANTED.  It is

FURTHER ORDERED that the Order of Dismissal (ECF No. 8) and the Judgment (ECF No. 9) are VACATED. It is

FURTHER ORDERED that the clerk of the Court reinstate and return this action to the Pro Se Docket.

DATED at Denver, Colorado, this __28th__ day of ___April___, 2015.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court