# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00243-GPG

JESSE LYNCH,

    Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    This matter is before the Court on Applicant's "Motion to Request Discovery Materials & Extension" (ECF No. 21).  The request for discovery materials is DENIED. The request for an extension of time is GRANTED and Applicant shall have up to and including **July 31, 2015**, to file a reply to Respondent's Pre-Answer Response.

Dated:  June 30, 2015